**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2521**

---

UNITED STATES OF AMERICA ex rel. Ann C.
Morrill,

                                      Plaintiff - Appellant,

          versus

JOHNS HOPKINS UNIVERSITY; JOHNS HOPKINS
HEALTHCARE SYSTEMS CORPORATION,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(CA-02-3891-1-CCB)

---

Submitted:  April 27, 2005            Decided:  May 18, 2005

---

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Michael DiBiagio, United States Attorney, Baltimore,
Maryland, for the United States.  Ann C. Morrill, Owings Mills,
Maryland, Appellant Pro Se. Charles Preston Scheeler, Kurt James
Fischer, Michelle Jeanine Dickinson, DLA PIPER RUDNICK GRAY CARY US
LLP, Baltimore, Maryland; Sheldon Krantz, DLA PIPER RUDNICK GRAY
CARY US LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ann C. Morrill appeals the district court's order dismissing her *qui tam* action under the False Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Morrill v. Johns Hopkins Univ.</u>, No. CA-02-3891-1-CCB (D. Md. filed Oct. 29, 2004 & entered Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>